IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **07-cv-917-AP**

**CIN-E-WANKEN TUNKU LYONS,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER GRANTING MOTION TO DISMISS APPEAL

Kane, J.

The Defendant, the Commissioner of Social Security, moves to dismiss this appeal from the denial of social security benefits pursuant to Fed.R.Civ.P 12 (b) (6) because the plaintiff failed to commence this civil action within the limits prescribed by law and the court is thus without jurisdiction to consider the appeal.

On February 22, 2007 Plaintiffs administrative remedies were exhausted and her right to commence this appeal was triggered to be filed within sixty days from the date of receipt of the denial of her request for review.  That date transpired on April 28, 2007.  The complaint in this action was not filed until May 3, 2007.  Pursuant to 42 U.S.C. Section 405 (g), the exclusive basis for judicial review in this case, the complaint must be filed within the statutory time frame.  Timeliness is mandatory.  See 42 U.S.C. Section 405 (h).

The period may be tolled to correct or remedy government action in misleading a claimant or where there are significant equities sufficient to conclude that in very discrete

circumstances the Congress did not intend the time limitations to apply.  Mere failure to file in a timely manner due to office mishaps in counsel's office, as argued here,  does not fall within that very narrow gap.  The responsibility for filing in compliance with the statute cannot be delegated; it remains with the claimant.

It is regrettable that the plaintiff in this case is losing the right of appellate review, but regret is not sufficient to excuse the clear mandate of the statute.  The Motion to Dismiss (doc. #6), filed June 16, 2007, is GRANTED.

Dated this 12th day of July, 2007.

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court